UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUTH J. KUZMECH, AND<br>JOHN M. KUZMECH | :<br>:<br>: NO. 3:10-CV-266(VLB) |
| v. | :<br>: |
| WERNER LADDER COMPANY,<br>OLD LADDER COMPANY/WERNER<br>COMPANY, OLD LADDER CO. (PA),<br>INC. AND LOWES HOME CENTER,<br>INC. | :<br>:<br>:<br>:<br>: |

## **JUDGMENT**

This action having come before the Court on a motion for summary judgment filed by the defendants Werner Ladder Company and Lowes Home Center Inc., before the Honorable Vanessa L. Bryant, United States District Judge; and

The defendants Old Ladder Co/Werner Co and Old Ladder Co(PA), Inc., having been dismissed on December 14, 2012; and

The Court having considered the full record of the case including applicable principles of law, and having issued a memorandum of decision granting the defendants' motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of defendants Werner Ladder Company and Lowes Home Center Inc.

Dated at Hartford, Connecticut, this 17th day of December, 2012.

ROBIN D. TABORA, Clerk

By   /s/LL
Loraine LaLone
Deputy Clerk

EOD: 12/17/12