UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

RUTH J. KUZMECH, ET AL        :        NO. 3:10 cv 266 (VLB)

v.                            :

WERNER LADDER COMPANY, ET AL.
                              :

                    JOINT STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the undersigned parties hereby stipulate that the above-entitled action be dismissed in its entirety as to all defendants, with prejudice, without costs to any party.

PLAINTIFFS,                              DEFENDANTS,
                                         Werner Co. (DE) (improperly sued as
                                         "Werner Ladder Company/Werner
                                         Company") and Lowe's Home Center, Inc.


By /s/ Ralph J. Monaco                   By /s/ Mark J. Claflin
  Ralph J. Monaco, Esq. (Ct 13306)         Mark J. Claflin, Esq. (Ct 302690)
  Conway, Londegran, Sheehan &             Howd & Ludorf
  Monaco, P.C.                             65 Wethersfield Avenue
  38 Huntington Street, PO Box 1351        Hartford, CT 06114-1121
  New London, CT 06320-1351                860-249-1361
  860-447-3171                             860-249-7665
  860-444-6103                             mclaflin@hl-law.com
  RMonaco@clsmlaw.com                      Their Attorneys
  Their Attorneys

**CERTIFICATION**

      This is to certify that on June 10, 2014, a copy of the foregoing **Joint Stipulation of Dismissal** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                        /s/ Mark J. Claflin_____
                                                        Mark J. Claflin